UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMARCUS PORTER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1410** |
| **CALEB LEMAIRE, ET AL.** | **SECTION "O"(3)** |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Porter's federal civil rights claims against defendants are **DISMISSED WITH PREJUDICE**.

It is that **FURTHER ORDERED** that Porter's state law claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 24th day of October, 2025.

**BRANDON S. LONG**
**UNITED STATES DISTRICT JUDGE**